STATE v. JOYNER

No. 307P00

Case below: 138 N.C.App. 555

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 24 August 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

STATE v. LAWRENCE

No. 585A97

Case below: 352 N.C. 1

Motion by defendant for temporary stay of mandate dismissed 14 July 2000. The clerk of this court is hereby directed to enter the judgment and issue the mandate pursuant to the opinion filed in this case on 16 June 2000.

STATE v. LINNEY

No. 302P00

Case below: 138 N.C.App. 169

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 24 August 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed ex mero motu 24 August 2000. Motion by Attorney General to deny defendant's petition for discretionary review dismissed as moot 24 August 2000. Motion by Attorney General to deny the defendant's motion for appropriate relief dismissed as moot 24 August 2000.

STATE v. MARLEY

No. 334P00

Case below: 126 N.C.App. 832

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 August 2000.